FILED
CLERK, U.S. DISTRICT COURT
MAR - 6 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No.: CR 18-0203-JFW
            Plaintiff, )
      vs. ) ORDER OF DETENTION AFTER HEARING
) [Fed. R. Crim. P. 32.1(a)(6);
Richard J. McCormick, ) 18 U.S.C. § 3143(a)]
            Defendant. )

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District/Calif. for alleged violation(s) of the terms and conditions of (his)/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on prior escape, no known bail resources, serving another custodial sentence

B.  (✓)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: serving custodial sentence, lengthy criminal history including alleged violations, found with numerous loaded firearms, allegations of the petition, including ongoing substance abuse and apparent suicide attempt

(and)/or

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: March 6, 2023

_/s/ Jean Rosenbluth_
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2